

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00664-CV

**IN THE MATTER OF S.J.P. ET. AL., CHILDREN,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 19-07-25955-CV
Honorable Cathy Morris, Judge Presiding

## O R D E R

      Appellant has filed a notice of appeal from a "Judgment of Contempt and Commitment Order" entered in the underlying suit to terminate appellant's parental rights. The clerk's record was filed on October 3, 2019 and reflects no final order of termination has yet been entered. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). In addition, "[a]ppellate courts do not have jurisdiction to review contempt proceedings on direct appeal." *In re T.L.K.*, 90 S.W.3d 833, 841 (Tex. App.—San Antonio 2002, no pet.). Because no final order has been entered and because appellant purports to appeal from a contempt order, appellant is ORDERED to show cause in writing within ten (10) days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to file an adequate response within ten (10) days of the date of this order, this appeal will be dismissed for lack of jurisdiction without prejudice to re-filing once a final order is entered.

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk